# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN CHAPMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. HARTLEY, Warden,<br><br>　　　　Defendant. | Case No. CV 07-8183-VAP (JTL)<br><br>**J U D G M E N T** |

In accordance with the Final Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: October 30, 2008

　　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE